JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ROCHON,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>R. ALEXANDER ACOSTA,<br><br>　　　　Defendants. | Case No. 8:17-cv-00959-JAK-SHK<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting the Findings and Recommendation of the United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: September 28, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　United States District Judge